## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OPTICS INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-01048-JRG |
| | § | |
| SAMSUNG ELECTRONICS, CO. LTD. | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER

Before the Court is the Joint Motion for an Extension of Time to File their Proposed Discovery Order and Docket Control Order (the "Motion") filed by Plaintiff Optics Innovations, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, the "Parties"). (Dkt. No. 32.) In the Motion, the Parties request a seven (7) day extension of time to file their proposed Discovery Order and a proposed Docket Control Order. (*Id.* at 1.) The requested extension would move the deadline from April 9, 2025, up to and including April 16, 2025. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED-IN-PART**. Accordingly, the Court **ORDERS** that the deadline for the Parties to file their proposed Discovery Order is **extended** up to and including April 16, 2025. The Court **DENIES** the Parties' request to extend the deadline to file a proposed Docket Control Order because the Court has already entered a Docket Control Order in the above-captioned case. (Dkt. No. 30.) If the Parties seek to amend any deadline in the Docket Control Order, the Parties should follow the procedure for amendments as outlined in the Docket Control Order. (*See id.* at 6.)

So **ORDERED and SIGNED** this 15th day of April, 2025.


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE